**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In re
**Deborah A Olchek**

Debtor.

Case No. **19-30531**

Chapter **7**

## AMENDED - AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

| | |
|---|---|
| _____ | Voluntary Petition (Specify reason for amendment) _____ |
| _____ | Summary of Schedules |
| **X** | Schedule A - Real Property |
| **X** | Schedule B - Personal Property |
| **X** | Schedule C - Property Claimed as Exempt |
| _____ | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
| _____ |     Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required |
| _____ |     Add/change address of already listed creditor - No Fee |
| _____ | Schedule G - Executory Contracts and Unexpired Leases |
| _____ | Schedule H - Codebtors |
| _____ | Schedule I - Current Income of Individual Debtor(s) |
| _____ | Schedule J - Current Expenditures of Individual Debtor(s) |
| _____ | Declaration Regarding Schedules |
| _____ | Statement of Financial Affairs and/or Declaration |
| _____ | Chapter 7 Individual Debtor's Statement of Intention |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| _____ | Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C) |
| _____ | Certification of Credit Counseling |
| _____ | Other: _____ |

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: **05/09/2019**        s/**Deborah A Olchek**

                              Debtor

**Fill in this information to identify your case and this filing:**

Debtor 1: Deborah A Olchek
(First Name) (Middle Name) (Last Name)

Debtor 2: ___
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of Connecticut

Case number: 19-30531

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. 7 Thames Way
   Street address, if available, or other description

   Madison    CT    06443
   City       State  ZIP Code

   New Haven
   County

   **What is the property?** Check all that apply.
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ___

   **Who has an interest in the property?** Check one.
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $309,000.00
   Current value of the portion you own? $14,824.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee Simple Ownership

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ___

If you own or have more than one, list here:

   1.2. ___
   Street address, if available, or other description

   ___
   City       State  ZIP Code

   ___
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other ___

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $___
   Current value of the portion you own? $___

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   ___

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: ___

Official Form 106A/B                Schedule A/B: Property                page 1

Debtor 1  Deborah  A  Olchek
         First Name  Middle Name  Last Name

Case number (if known) 19-30531

1.3. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

**See Attachment 1: Additional Real Property**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................................. → **$14,824.00**

---

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☒ Yes

3.1. Make: Toyota
    Model: Sienna
    Year: 2010
    Approximate mileage: 165000
    Other information:
    _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$3,000.00  $_____

If you own or have more than one, describe here:

3.2. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____  $_____

- 3.3. Make: _____
  Model: _____
  Year: _____
  Approximate mileage: _____
  Other information:
  [                    ]

  **Who has an interest in the property?** Check one.
  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ Check if this is community property (see instructions)

  Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

  **Current value of the entire property?**   **Current value of the portion you own?**

  $_____     $_____

- 3.4. Make: _____
  Model: _____
  Year: _____
  Approximate mileage: _____
  Other information:
  [                    ]

  **Who has an interest in the property?** Check one.
  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ Check if this is community property (see instructions)

  Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

  **Current value of the entire property?**   **Current value of the portion you own?**

  $_____     $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

   - 4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

     **Who has an interest in the property?** Check one.
     ☐ Debtor 1 only
     ☐ Debtor 2 only
     ☐ Debtor 1 and Debtor 2 only
     ☐ At least one of the debtors and another

     ☐ Check if this is community property (see instructions)

     Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

     **Current value of the entire property?**   **Current value of the portion you own?**

     $_____     $_____

   If you own or have more than one, list here:

   - 4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

     **Who has an interest in the property?** Check one.
     ☐ Debtor 1 only
     ☐ Debtor 2 only
     ☐ Debtor 1 and Debtor 2 only
     ☐ At least one of the debtors and another

     ☐ Check if this is community property (see instructions)

     Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

     **Current value of the entire property?**   **Current value of the portion you own?**

     $_____     $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................... → $0.00

Debtor 1  Deborah A Olchek
         First Name / Middle Name / Last Name

Case number (if known) 19-30531

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... household goods — $4,000.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... TV, computer, cell phone — $2,000.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe......... — $____

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe......... — $____

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe......... — $____

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe......... work and everyday clothing — $1,500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe......... jewelry — $2,000.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe......... — $____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information............... — $____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** → $9,500.00

Debtor 1 __Deborah__  __A__  __Olchek__
        First Name    Middle Name    Last Name

Case number *(if known)* 19-30531

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☒ Yes............................................................................................................................ Cash: ............. $40.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes...................

    Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Ion Bank 2569 HSA | $147.50 |
    | 17.2. Checking account: | Bank of America 4155 | $583.29 |
    | 17.3. Savings account: | Bank of America 5583 | $6.18 |
    | 17.4. Savings account: | | $ |
    | 17.5. Certificates of deposit: | | $ |
    | 17.6. Other financial account: | | $ |
    | 17.7. Other financial account: | | $ |
    | 17.8. Other financial account: | | $ |
    | 17.9. Other financial account: | | $ |

    **See Attachment 2: Additional Deposits of Money**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes...................  Institution or issuer name:

    _____  $_____
    _____  $_____
    _____  $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☒ No
    ☐ Yes. Give specific information about them. ........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | | ____% | $_____ |
    | | ____% | $_____ |
    | | ____% | $_____ |

Debtor 1    Deborah    A    Olchek
         First Name    Middle Name    Last Name

Case number (if known) 19-30531

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them.    Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☒ Yes. List each account separately..    Type of account:    Institution name:

    | Type of account | Institution name | Amount |
    |---|---|---|
    | 401(k) or similar plan: | ACES - Area Cooperative Educational Services | $38,620.60 |
    | Pension plan: | | $ |
    | IRA: | | $ |
    | Retirement account: | | $ |
    | Keogh: | | $ |
    | Additional account: | | $ |
    | Additional account: | | $ |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes.............................    Institution name or individual:

    - Electric:    $
    - Gas:    $
    - Heating oil:    $
    - Security deposit on rental unit:    $
    - Prepaid rent:    $
    - Telephone:    $
    - Water:    $
    - Rented furniture:    $
    - Other:    $

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes.............................    Issuer name and description:

---

Official Form 106A/B        Schedule A/B: Property        page 6

Debtor 1  Deborah  A  Olchek                    Case number *(if known)* 19-30531
         First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes ............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...  $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...  $_____

**Money or property owed to you?**                           **Current value of the portion you own?**
                                                             Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....
                                                              Federal:  $_____
                                                              State:    $_____
                                                              Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information. .............
                                                              Alimony:             $_____
                                                              Maintenance:         $_____
                                                              Support:             $_____
                                                              Divorce settlement:  $_____
                                                              Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information. .............   $_____

Debtor 1 __Deborah__ __A__ __Olchek__  Case number *(if known)* 19-30531
       First Name   Middle Name   Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Life Insurance Company of America | children | $0.00 |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information. .............  $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim. ..................... $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim. ..................... $_____

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information. ............ $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................... → $39,397.57

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☒ No
    ☐ Yes. Describe....... $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☒ No
    ☐ Yes. Describe....... $_____

---

Official Form 106A/B      Schedule A/B: Property      page 8

Debtor 1  Deborah A Olchek
         First Name  Middle Name  Last Name

Case number (*if known*) 19-30531

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☒ No
    ☐ Yes. Describe....... $_____

41. **Inventory**
    ☒ No
    ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    ☒ No
    ☐ Yes. Describe.......
       Name of entity: _____  % of ownership: ____%  $_____
                       _____                   ____%  $_____
                       _____                   ____%  $_____

43. **Customer lists, mailing lists, or other compilations**
    ☒ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
       ☒ No
       ☐ Yes. Describe......... $_____

44. **Any business-related property you did not already list**
    ☒ No
    ☐ Yes. Give specific information .........
       _____  $_____
       _____  $_____
       _____  $_____
       _____  $_____
       _____  $_____
       _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................................. → $0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    ☒ No
    ☐ Yes......................... $_____

Official Form 106A/B  Schedule A/B: Property  page 9

Debtor 1 Deborah A Olchek
      First Name    Middle Name    Last Name

Case number (if known) 19-30531

48. **Crops—either growing or harvested**
  - ☒ No
  - ☐ Yes. Give specific information.    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
  - ☒ No
  - ☐ Yes.    $_____

50. **Farm and fishing supplies, chemicals, and feed**
  - ☒ No
  - ☐ Yes.    $_____

51. **Any farm- and commercial fishing-related property you did not already list**
  - ☒ No
  - ☐ Yes. Give specific information.    $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......... → $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  - ☐ No
  - ☒ Yes. Give specific information.    one dog, one cat    $0.00
     $_____
     $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ......... → $0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......... → $14,824.00

56. Part 2: Total vehicles, line 5    $0.00

57. Part 3: Total personal and household items, line 15    $9,500.00

58. Part 4: Total financial assets, line 36    $39,397.57

59. Part 5: Total business-related property, line 45    $0.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54    + $0.00

62. **Total personal property.** Add lines 56 through 61. ......... $48,897.57    Copy personal property total → + $48,897.57

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......... $63,721.57

Official Form 106A/B      Schedule A/B: Property      page 10

## Attachment (1/2)
## Debtor: Deborah A Olchek   Case No: 19-30531

Attachment 1: Additional Real Property
    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:
    Current Value of Debtor's Ownership Interest:
    Nature of Debtor's Ownership Interest:
    Parties with an Interest in the Property:
    Community Property: no

    Location:
    Nature of the Property:
    Current Value of the Property:

## Attachment    (2/2)
## Debtor: Deborah A Olchek   Case No: 19-30531

Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest:
Parties with an Interest in the Property:
Community Property: no

Location:
Nature of the Property:
Current Value of the Property:
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest:
Parties with an Interest in the Property:
Community Property: no

Attachment 2: Additional Deposits of Money
    Checking Account with
    Value:

**Fill in this information to identify your case:**

Debtor 1: Deborah A Olchek

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Connecticut

Case number (If known): 19-30531

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt       04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 7 Thames Way  <br>Line from Schedule A/B: 1.0 | $14,824.00 | ☐ $ _____ <br>☒ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Brief description: TV, computer, cell phone  <br>Line from Schedule A/B: 7 | $2,000.00 | ☒ $ 2,000.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: bed and houshold furnishings  <br>Line from Schedule A/B: 6 | $4,000.00 | ☒ $ 4,000.00 <br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  Deborah A Olchek
          First Name   Middle Name   Last Name

Case number (if known) 19-30531

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: work and everyday clothing<br>Line from Schedule A/B: 11 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: jewelry<br>Line from Schedule A/B: 12 | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: cash<br>Line from Schedule A/B: 16 | $40.00 | ☒ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: HSA<br>Line from Schedule A/B: 17.1 | $147.50 | ☒ $147.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Checking Account with Bank of America 4155<br>Line from Schedule A/B: 17.2 | $583.29 | ☒ $583.29<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Savings Account with Bank of America 5583<br>Line from Schedule A/B: 17.3 | $6.18 | ☒ $6.18<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: See Attachment 1<br>Line from Schedule A/B: 21 | $38,620.60 | ☒ $38,620.60<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| Brief description: Checking Account with<br>Line from Schedule A/B: 17.10 | $ | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: 2010 Toyota Sienna with 165000 miles.<br>Line from Schedule A/B: 3.1 | $ | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 2 of 2